JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR DARNELL LEGANS,<br><br>        Petitioner,<br><br>    vs.<br><br>D. DEXTER, Warden,<br><br>        Respondent. | Case No. CV 07-6524-JVS (OP)<br><br>J U D G M E N T |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that that Judgment be entered (1) approving and adopting this Report and Recommendation; (2) granting Respondent's Motion to Vacate/Dismiss; and (3) directing that Judgment be entered dismissing this action for lack of jurisdiction.

DATED: 3.19.08

HONORABLE JAMES V. SELNA
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge